UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER JOHNSON and<br>ERNESTO RIVERA,<br><br>                    Defendant(s). | 24-CR-574 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an initial conference with the Court on **October 17, 2024, at 12:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: October 8, 2024
New York, New York

_____
DALE E. HO
United States District Judge