LEONARDO M. ALDRIDGE  
Attorney-At-Law  
20 Vesey St. Suite 400  
New York, NY 10007

October 15, 2024

**BY ELECTRONIC FILING**

Hon. Dale E. Ho  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

> Application **GRANTED.** A bail hearing for Mr. Johnson shall take place directly after Thursday's initial conference. The pre-trial report shall be made available to the parties during the bail hearing.
>
> The Clerk of Court is respectfully requested to close ECF No. 15.
>
> **SO ORDERED.**
>
> *Dale E. Ho*  
> Dale E. Ho  
> U.S. District Judge  
> Dated: October 16, 2024  
> New York, New York

Letter Motion Re: United States v. Johnson, 24-cr-574

Your Honor:

  During the conference scheduled for Thursday, Mr. Christopher Johnson expects to request, through counsel, that this Honorable Court fashion conditions for pre-trial release. Prior to the presentment and the arraignment hearing, Mr. Johnson was interviewed by pre-trial services. The report was not made available to the defense because, at that time, Mr. Johnson consented to detention without waiving his right to reopen the matter. Mr. Johnson now respectfully requests that, during the Thursday hearing, the report be available to the defense.

Respectfully,

*S/Leonardo M. Aldridge*  
Leonardo M. Aldridge

Cc. AUSA Jun Xiang