UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTOPHER JOHNSON,

Defendant.

24-CR-574-1 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 9, 2026, the Court received Defendant's Motion for Sentence Reduction and Motion to Appoint Counsel. ECF No. 47 and ECF No.48. On October 8, 2026, The Court received Defendant's Motion to Amend Compassionate Release Request. ECF No. 50.

The Government is hereby **DIRECTED** to file a letter on ECF indicating their position on this matter by **November 5, 2026**.

SO ORDERED.

Dated: October 15, 2026
New York, New York

DALE E. HO
United States District Judge